UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

  Justin Beniquez,                            7:16-cr-00478-cs
                  Defendant.

-----------------------------------------------------------x

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated June 26, 2017, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated: White Plains, New York
       June 29, 2017

_____
Cathy Seibel
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/2017