**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

NEW YORK CITY OFFICE
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

WHITE PLAINS OFFICE
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

October 22, 2021

Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Application granted. Mr. Tanner is re-appointed as CJA counsel nunc pro tunc as of October 8, 2021.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
October 22, 2021

Re:   **United States v. Justin Beniquez**, 16 Cr. 478 (CS)
      **Letter Motion for CJA Re-Appointment**

Dear Judge Seibel:

I was previously appointed to represent Mr. Beniquez in the above matter pursuant to the Criminal Justice Act, for which the defendant was sentenced to a period of imprisonment and followed by Supervised Release. I was notified by the United States Probation Office on October 8, 2021 of a Petition alleging certain Supervised Release violations by the defendant and an appearance for this matter has been scheduled on November 2, 2021 at 12:00 pm.

I therefore write to the Court to request re-appointment to represent the defendant pursuant to the Criminal Justice Act, *nunc pro tunc* to October 8, 2021.

Thank you for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   All Parties (By ECF)